AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thapar, Amul R. | 2. Court or Organization<br><br>U.S. District Court EDKY | 3. Date of Report<br><br>08/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court
35 W. Fifth Street
Covington, Kentucky 41011

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. National Advisory Council | North American South Asian Bar Association |
| 2. Board Member | Northern Kentucky Catholic Charities |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 08/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Chase College of Law Northern Kentucky University (Adjunct Professor) | $17,150.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Law | 1/13/13 to 1/17/13 | Charlottesville, VA | Teaching J Term Course | Travel, meals, hotel |
| 2. | University of Virginia Law | 2/22/13 to 2/24/13 | Charlottesville, VA | Judge Moot Court | Travel, meals, hotel |
| 3. | Duke University Federalist Society | 4/1/13 to 4/2/13 | Durham, NC | Speaker | Travel, meals, hotel |
| 4. | Yale University Federalist Society | 4/16/13 to 4/17/13 | New Haven, CT | Speaker | Travel, meals, hotel |
| 5. | Columbus Bar Association | 10/8/13 | Columbus, OH | Speaker | Travel and meal |
| 6. | Columbia Law School Federalist Society | 10/28/13 | New York, NY | Speaker | Travel and meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 08/15/2014 |

| 7. | University of Chicago and University of Notre Name Federalist Society | 2/10/13 to 2/12/13 | Chicago, IL and South Bend, IN | Speaker | Travel, meals, hotel |
|---|---|---|---|---|---|
| 8. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 08/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. TD Bank USA (Ameritrade Money Market) | A | Interest | J | T | | | | | |
| 4. Fifth Third Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 5. Paypal Inc. (Money Market) | A | Interest | J | T | | | | | |
| 6. Under Armour (UA) Common | | None | J | T | | | | | |
| 7. Nuance Comm. Inc. (NUAN) Common | | None | J | T | | | | | |
| 8. Google (GOOG) Common | | None | J | T | Buy | 06/11/13 | J | | |
| 9. Dreamworks Animation (DWA) Common | | None | J | T | | | | | |
| 10. Nike Inc. (NKE) Common | A | Dividend | J | T | | | | | |
| 11. Nintendo Corporation (NTDOY) Common | A | Dividend | | | Closed | 03/21/13 | J | | |
| 12. Borg Warner (BWA) Common | A | Dividend | J | T | | | | | |
| 13. BJ Restaurants, Inc, (BJRI) Common | | None | J | T | | | | | |
| 14. Netflix (NFLX) Common | | None | J | T | Buy | 04/16/13 | J | | |
| 15. LinkedIn (LNKD) Common | | None | J | T | Buy | 05/29/13 | J | | |
| 16. Chipotle Mexican Grill Inc. (CMG/B) Common | | None | J | T | Buy (add'l) | 02/19/13 | J | | |
| 17. Disney Corp (DIS) Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Activision Blizzard, Inc. (ATVI) Common | A | Dividend | J | T | | | | | |
| 19. Tesla (TSLA) Motors | | None | | | Closed | 07/18/13 | J | C | |
| 20. Labcorp Holdings (LH) Common | | None | J | T | | | | | |
| 21. Whole Foods Market (WFM) commmon | A | Dividend | J | T | Buy | 02/19/13 | J | | |
| 22. Whole Foods Market (WFM) Common | A | Dividend | J | T | Buy (add'l) | 3/21/13 | J | | |
| 23. Vail Resorts (MTN) Common | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 24. Urban Outfitters (URBN) Common | | None | J | T | Buy | 7/19/13 | J | | |
| 25. Texas Roadhouse (TXRH) Common | A | Dividend | J | T | Buy | 8/19/13 | J | | |
| 26. Sierra Wireless (SWIR) Common | | None | J | T | Buy | 11/13/13 | J | | |
| 27. Fannie Mae (FNM) Common | A | Dividend | J | T | | | | | |
| 28. Hasboro Corp. (HAS) Common | A | Dividend | J | T | | | | | |
| 29. National Grocers by Vitamin Cottage (NGVC) Common | | None | J | T | Buy | 4/15/13 | J | | |
| 30. Apple Inc. (AAPL) Common | A | Dividend | J | T | | | | | |
| 31. Berkshire Hathaway Inc. Del Class B (BRK.B) Common | | None | K | T | | | | | |
| 32. Costco Wholesale Corp. (COST) Common | A | Dividend | J | T | | | | | |
| 33. Exxon Mobil Corp (XOM) Common | A | Dividend | J | T | | | | | |
| 34. Flamel Tech Spon ADR (FLML) Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Markel Corp. (MKL) Common | | None | J | T | | | | | |
| 36. Buffalo Wild Wings (BWLD) Common | | None | J | T | Buy (add'l) | 08/19/13 | J | | |
| 37. CTRIP.com International (CTRP) Common | A | Dividend | J | T | | | | | |
| 38. Panera Bread (PNRA) Common | | None | J | T | | | | | |
| 39. Tibco Software Inc. (TIBX) Common | | None | J | T | | | | | |
| 40. Altria Group Inc. (MO) Common | A | Dividend | J | T | | | | | |
| 41. Chesapeake (CHK) | A | Dividend | J | T | | | | | |
| 42. Federated Investors Inc. (FII) Common | A | Dividend | J | T | | | | | |
| 43. Kraft Foods Inc. (KFT) Common | A | Dividend | J | T | | | | | |
| 44. Phillip Morris International (PM) | A | Dividend | J | T | | | | | |
| 45. Generac Holdings (GNRC) Common | | None | J | T | Buy | 11/15/13 | J | | |
| 46. Mastercard (MA) Common | A | Dividend | J | T | Buy | 4/25/13 | J | | |
| 47. McDonalds (MCD) Common | A | Dividend | J | T | | | | | |
| 48. National Oilwell Varco, Inc. (NOV) Common | A | Dividend | J | T | Buy (add'l) | 02/20/13 | J | | |
| 49. Vanguard 500 Index Funds | A | Dividend | J | T | | | | | |
| 50. Vanguard Windsor Portfolio | A | Dividend | K | T | | | | | |
| 51. Vanguard Value Index Portfolio | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Windsor and Value funds are part of a 529 plan. We invest monthly in the plans, but the monthly amounts invested are less than the reporting requirement. Also, our McDonalds shares reinvest their dividends in McDonalds stocks, but this well below the reporting requirements.

Cryptologic, Inc. was sold in 2012 and should not have been reported in my 2013 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Amul R. Thapar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544